UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-8358-BER

UNITED STATES OF AMERICA

v.

VICTOR CHRISTOPHER KALABA,

Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___ Yes ✓ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? ___ Yes ✓ No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BY: *Sarah J. Schall*
SARAH J. SCHALL
ASSISTANT UNITED STATES ATTORNEY
District Court No. A5501805
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:   (786) 360-9896
Fax:   (561) 820-8777
Email: Sarah.Schall@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
| v. | ) |
| VICTOR CHRISTOPHER KALABA, | ) Case No. 22-8358-BER |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 14, 2022__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) and (b)(2) | Illegal re-entry after removal (subsequent to aggravated felony conviction). |

FILED BY ___TM___ D.C.

Aug 15, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

This criminal complaint is based on these facts:
See Attached Affidavit

☒ Continued on the attached sheet.

_____
Complainant's signature

Andy Korzen, Task Force Officer
Printed name and title

Sworn to before me and signed in my presence.

Date: 8/15/22

_____
Judge's signature

City and state: __West Palm Beach, FL__    Bruce E. Reinhart, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT
## OF
## ANDY KORZEN
## UNITED STATES DEPARTMENT OF HOMELAND SECURITY
## IMMIGRATION AND CUSTOMS ENFORCEMENT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Task Force Officer (TFO) with the Homeland Security Investigations (HSI), and I am also Deportation Officer with the Immigration and Customs Enforcement and have been so employed for over nineteen years. I am currently assigned to the HSI, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Victor Christopher KALABA committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

3. On or about August 14, 2022, Victor Christopher KALABA was arrested in Palm Beach County, Florida for the offense of driving under the influence. He was booked and detained at the Palm Beach County Jail.

4. A review of the immigration records show that Victor Christopher KALABA is a native of the former Yugoslavia. Records further show that on or about November 23, 2009, Victor Christopher KALABA was ordered removed from the United

1

States. The Order of Removal was executed on or about May 27, 2010, whereby Victor Christopher KALABA was removed from the United States.

5. Records further show that KALABA's removal was subsequent to a conviction for commission of an aggravated felony. Specifically, on or about June 22, 2006, in the United States District Court for the Southern District of New York, Victor Christopher KALABA was convicted of the aggravated felony offenses of Conspiracy to commit access device fraud, a Class D Felony, and Access Device Fraud, a Class C Felony, in Case Number 05-CR-00680-02 (CLB). KALABA was sentenced to 46 months in prison, to be followed by 3 years of supervised release, and ordered to pay $206,484.03 in restitution.

6. Victor Christopher KALABA's fingerprints that were taken in connection with his August 14, 2022 arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that the scanned fingerprints belong to the same individual who was previously removed from the United States, that is Victor Christopher KALABA.

7. A record check was performed in the Computer Linked Application Informational Management System to determine if Victor Christopher KALABA filed an application for permission to reapply for admission into the United States after deportation or removal. Pursuant to the search, a record was found to exist indicating that Victor Christopher KALABA's Application for Permission to Reapply for Admission into the United States After Deportation or Removal was denied on or about February 1, 2019.

8. Based on the foregoing, I submit that probable cause exists to believe that, on or about August 14, 2022, Victor Christopher KALABA, an alien who had previously been deported and removed from the United States (subsequent to an aggravated felony conviction), was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

_____
Andy Korzen
Task Force Officer
Homeland Security Investigations

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this __15__ day of August 2022.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: VICTOR CHRISTOPHER KALABA

**Case No**: 22-8358-BER

Count #1 (Criminal Complaint):

Title 8 United States Code, Sections 1326(a) and (b)(2)

Illegal re-entry after removal (subsequent to aggravated felony conviction)

* **Max. Term of Imprisonment: 20 years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 3 years**
* **Max. Fine: $250,000**

*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.