UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80131-CR-Cannon/Reinhart

8 U.S.C. § 1326(a) and (b)(2)

UNITED STATES OF AMERICA

v.

VICTOR CHRISTOPHER KALABA,

Defendant.
_____/

FILED BY JM D.C.
AUG 23 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about August 14, 2022, in Palm Beach County, in the Southern District of Florida, the defendant,

**VICTOR CHRISTOPHER KALABA,**

an alien, having previously been removed and deported from the United States on or about May 27, 2010, was found to be in the United States, knowingly and unlawfully, without the Attorney General of the United States or his successor, the Secretary of Homeland Security (Title 6, United States Code, Section 202(3), 202(4), and 557), having expressly consented to such alien's reapplying for admission to the United States.

In violation of Title 8, United States Code, Section 1326(a) and (b)(2).

A TRUE BILL

FOREPERSON

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

SARAH J. SCHALL
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.:

v.

VICTOR CHRISTOPHER KALABA,

_____/
Defendant.

**CERTIFICATE OF TRIAL ATTORNEY\***

**Superseding Case Information:**

**Court Division** (select one)
- ☐ Miami  ☐ Key West  ☐ FTP
- ☐ FTL   ☑ WPB

New Defendant(s) (Yes or No)
Number of New Defendants
Total number of New Counts

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect:

4. This case will take  2  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    ☑ 0 to 5 days
   II   ☐ 6 to 10 days
   III  ☐ 11 to 20 days
   IV   ☐ 21 to 60 days
   V    ☐ 61 days and over

   (Check only one)
   ☐ Petty
   ☐ Minor
   ☐ Misdemeanor
   ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge                    Case No.
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Magistrate Case No. 22-mj-8358-BER
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge                    Case No.
9. Defendant(s) in federal custody as of 8/16/22
10. Defendant(s) in state custody as of 8/14/22
11. Rule 20 from the             District of
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: *Sarah J. Schall*
Sarah J. Schall
Assistant United States Attorney
Court ID No.    A5501805

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: VICTOR CHRISTOPHER KALABA

**Case No**: _____

Count #1:

Title 8 United States Code, Section 1326(a) and (b)(2)

Illegal re-entry after removal (subsequent to aggravated felony conviction)

* Max. Term of Imprisonment: 20 years
* Mandatory Min. Term of Imprisonment (if applicable): N/A
* Max. Supervised Release: 3 years
* Max. Fine: $250,000

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

## BOND RECOMMENDATION

DEFENDANT: VICTOR CHRISTOPHER KALABA

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: *Sarah J. Schall*
AUSA: Sarah J. Schall

Last Known Address: _____

What Facility: _____

Agent(s): TFO Andy Korzen
(FBI)  (SECRET SERVICE)  (DEA)  (IRS)  (ICE)  (**OTHER**)