UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-80131-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**VICTOR CHRISTOPHER KALABA**,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Bruce E. Reinhart following Change of Plea Hearing [ECF No. 20]. On October 6, 2022, Magistrate Judge Reinhart held a Change of Plea hearing [ECF No. 18] during which Defendant pled guilty to Count One of the Indictment [ECF No. 11]; the Government orally summarized the factual basis for the plea on the record, including the essential elements of each offense; and Defendant acknowledged that the facts proffered by the Government were true. Magistrate Judge Reinhart thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Count One of the Indictment, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of Count One of the Indictment [ECF No. 11]. No party has filed objections to the Report, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 20] is **ACCEPTED**.

CASE NO. 22-80131-CR-CANNON

2. The guilty plea entered by Defendant Victor Christopher Kalaba as to Count One of the Indictment is **ACCEPTED**.

3. Defendant Victor Christopher Kalaba is adjudicated guilty as to Count One of the Indictment, which charges Defendant with illegal re-entry after removal, in violation of 8 U.S.C. § 1326(a) and (b)(2) [ECF No. 11].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 21st day of October 2022.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record