UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  22-CR-80131-CANNON

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

VICTOR KALABA,

     Defendant.

_____/

## DEFENDANT'S PSI OBJECTIONS

The Defendant, Viktor Kalaba, through counsel, respectfully files these objections to his presentence investigation report ("PSI") pursuant to Rule 32(f) of the Federal Rules of Criminal Procedure and the Due Process Clause of the United States Constitution, and in support thereof, states:

A PSI follows a defendant throughout his or her time in prison and severely affects his custody status, designation, and eligibility for certain programs including early release. Accordingly, it needs to be accurate in order to ensure the defendant is treated fairly. *See generally United States v. Cesaitis*, 506 F.Supp. 518, 520-521 (D.C. Mich. 1981). "A criminal defendant has a due process right not to be sentenced on the basis of false information." *United States v. Davis*, 233 Fed. Appx. 944, 946 (11th Cir. 2007).

"If the defendant challenges factual statements in the PSI, the government is required to support its PSI statements by some reliable substantiation that is satisfactory to convince the sentencing court that the truth of the PSI statement is

not unlikely." *Id*. (internal citations omitted). Under Rule 32(i)(3)(B) of the Federal Rules of Criminal Procedure, where the defendant disputes a factual matter in the PSI, the sentencing court must "rule on the dispute or determine that a ruling is unnecessary either because the matter will not affect sentencing, or because the court will not consider the matter in sentencing." FED. R. CRIM. P. 32(i)(3)(B).

**Page 3, Citizenship**. The PSI indicates that Mr. Kalaba is a citizen of Kosovo, (DE 25: p.3), but he is not. He is a stateless, political refugee from Albania.

**Paragraph 34, Family Data**. The PSI indicates that Mr. Kalaba's sister Olga lives in New Jersey, (DE 25: ¶34), but she lives in Patterson, New York. It also indicates that his brother Pashk lives in New York City, but he lives in New City, New York. (*See* DE 25: ¶34).

**Paragraph 40, Physical Condition**. The PSI includes Mr. Kalaba's health issues, but it did not also list that he suffers from high blood pressure. (DE 25: ¶40). This condition should be added to his PSI to ensure the Bureau of Prisons is aware of all of his health issues.

Wherefore, the Defendant, Viktor Kalaba asks this Court to sustain these objections to his PSI and instruct United States Probation to update his PSI accordingly.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By: *s/M. Caroline McCrae*
M. Caroline McCrae
Assistant Federal Public Defender
Attorney for Defendant

Florida Bar No. 72164
250 S Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Phone:   (561) 833-6288
Email:  *caroline_mccrae@fd.org* -


**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY certify that on December 5, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/M. Caroline McCrae*
M. Caroline McCrae