UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-80131-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

VICTOR KALABA,

    Defendant.

_____/

### NOTICE OF FILING LETTERS IN SUPPORT OF SENTENCING

The Defendant, Viktor Kalaba, through counsel, respectfully files these letters for the Court's consideration at sentencing. The following individuals have written letters in support of Mr. Kalaba:

- Frank J. D'Agostino – the boyfriend of one of Mr. Kalaba's daughters who has described the loving and supportive role Mr. Kalaba has played in his children's lives

- Rhonda Schlemm – a friend of Mr. Kalaba's who first met him when he lived in New York and who has written about Mr. Kalaba's commitment to his family, his hard working nature, and his sharing of love, laughter, and joy with others

- Wayne Hajek, Jr. – a friend of Mr. Kalaba's who considers Mr. Kalaba to be a mentor and who has described the guidance Mr. Kalaba has shared with him

Wherefore, the Defendant, Viktor Kalaba asks this Court to consider these

letters in support of a lesser sentence.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By: *s/M. Caroline McCrae*
M. Caroline McCrae
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 72164
250 S Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Phone:  (561) 833-6288
Email:  *caroline_mccrae@fd.org* -

**CERTIFICATE OF SERVICE**

I HEREBY certify that on December 5, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/M. Caroline McCrae*
M. Caroline McCrae