

**From:**
**To:**
**Subject:**
**Date:**

Dear Judge Cannon,

I hope this letter finds you well. I want to begin by wishing you and your family an amazing holiday season. As 2022 quickly comes to an end, I hope we can all kick start the new year with blessings and good fortune.

My name is Frank J. D'Agostino, I am writing this letter in reference to Mr. Viktor Kalba.

Fifteen years ago, I had the opportunity to meet Viktor's two older daughters - twins, Justina and Christine. We became good friends, hung out often, and stayed in touch as we reached early adulthood.

Through Justina and Christine, I had the pleasure of meeting their younger sister, Viktor's youngest child and namesake, Victoria. Victoria and I quickly became close friends who bonded over health and nutrition over our 10 years of friendship.

In November of 2020, Victoria and I met for a smoothie, to be honest, it really didn't taste good, but that smoothie led us to where we are today — celebrating our two year anniversary, living together, and building our life.

As you know very well, life is full of surprises and sometimes all it takes is a below average smoothie and an above average conversation with a beautiful "friend" to change it for the better.

Over the past 15 years of knowing Viktor's daughters Justina, Christine, and Victoria. I have heard many great stories and childhood memories of special times they had with their dad. From trips to Six Flags riding around the theme park on their 90's heelie Sketcher's sneakers, to being picked up and dropped off from school with loud music blaring through the car windows, to classic movies they would watch together on repeat.

Of all the stories I have heard regarding their father, the ones that stand out to me most are those conversations that I recently had with my girlfriend Victoria regarding her Kalaba family.

She holds these fond memories close to her heart. Growing up as a young girl around her cousins on their dad's side of the family was exciting, the fun filled holidays, the birthday parties, traditional dinners and the summer gatherings.

There was love, normalcy, a tight family reinforced by their dad and his siblings, but most of all there was a sense of safety. This is important in any family dynamic, but, in my opinion, especially important for a young girl. Not only do children deserve to feel these emotions - but it sets the tone for a safe family dynamic as they age into adulthood.

This all would change and to say the effect has been devastating for the girls is an understatement.

When Viktor was sent to jail the first time, and was eventually deported out of the United States - this tightly bound family dynamic, and sense of safety / comfort was stripped from Justina, Christine, and my Victoria.

I know first hand that it has been beyond difficult for them not to have their father in their lives to experience the many milestones they have achieved as young adults. From birthdays, high school and college graduations, to engagements and childbirth - they have missed their father's physical presence.

As I have had the opportunity to speak to Viktor on the phone, and meet him numerous times, I have been able to develop a sense of his character.

In all the interactions I have had with him, he has shown himself to be a gentleman who has good morals and values. He is respectful, kind, and attempts to make an effort where it counts. It's apparent that he wants to be a part of his family's lives - especially his daughters, grandchildren, and his elderly mother.

While I believe he often has good intentions, he certainly has made mistakes and poor choices. With his most recent arrest in Florida, I know it may be hard to believe, but I do feel that he is sorry and prepared to rectify his personal issues, facing the damages that his actions have caused not only for himself, but for his family as well.

I sit here today writing this letter not only for Viktor, but also for my girlfriend Victoria and for her sisters Christine and Justina as well. From young girls to young adult women, they deserve an opportunity to re-build a meaningful relationship with their dad, and to make new positive memories. They deserve to have their father walk them down the aisle, be present at their upcoming birthdays, and have him take part in their children's lives.

Judge Cannon, I know how difficult it may be for you to have to make a decision of this type with the circumstances presented, without truly knowing the person in front of you, myself, or the family I write about.

With all that being said — I trust in God that you can look at this letter and sympathize with Victoria, Justina, and Christine's point of views.

As I said earlier, life is full of surprises. Hopefully, like the day when Victoria and I got our smoothie, Viktor's life is about to change for the better.

I trust in your decision and I hope that you consider everyone involved.

Merry Christmas & Happy New Year,

Frank D'Agostino

To whom it may concern:

I'm writing on the behalf of Viktor Kalaba. I have known Vic for at least 30 years. I originally met him in Brooklyn at Michael's restaurant on Norstrand and Avenue R.

Viktor is the kind of person when you meet him, he's family. He makes jokes and always makes you feel like you belong. In the years of knowing him we became very close. He's a great family man, takes care of everyone, and a great son to his mom.

I recently ran into him in a restaurant in Florida. He saw me and it was like we never parted. He is extremely hard working, first one in, and last one out. He brings joy to everyone he knows. He's dependable, will do anything asked of him always with a smile., The reason I say this is because he needs to spread his love, laughter and joy in the world that is in desperate need of a lift.

I really hope to see him in the restaurant again. He is sorely missed.

Sincerely,

Rhonda Schlemm

*Rhonda Schlemm*

11/07/22

To whom it may concern mu name is Wayne. I'm writing this brief character letter just to give you a small idea of the kind of person Mr. Viktor Kalaba is.

Viktor has always been respectful, pleasant, and welcomes everyone with open arms. Viktor has taught me more about life & myself in 3 months than any other person in my lifetime. From mentoring me to helping me succeed at my job & as a person.

He is someone I like to call a father figure. He owns up to his mistakes, knows how to turn anyone's day around. Viktor has shown me & others more than ample amounts of times that no matter what the case is or problem you can change your life around for the better.

Viktor has taught me about mental health, compassion, respect & self-respect, work ethic & looking at the part I play in situations. I have received nothing but genuine love and respect from Viktor no matter the situation.

With that small number of good things said he is more than deserving of the good things in life as well as anyone else is.

I will forever cherish & remember all the amazing qualities Viktor has helped instill in me. Thank you for taking this time to ready & consider my thoughts.

Sincerely-

-Wayne Hajek JR