UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-80131-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

VICTOR KALABA,

    Defendant.

_____/

**SECOND NOTICE OF FILING LETTERS IN SUPPORT OF SENTENCING**

The Defendant, Viktor Kalaba, through counsel, respectfully files these letters for the Court's consideration at sentencing. The following individuals have written letters in support of Mr. Kalaba:

- o  Victoria Kalaba – Mr. Kalaba's daughter who has written about the values her father taught her, his ability to connect with and care for people, and the joy he showed when meeting his grandchildren for the first time

- o  Rev. James C. Bowman – a Chaplain at the St. Lucie County Jail who meets with Mr. Kalaba weekly when he attends religious services at the jail and has written in support of Mr. Kalaba

Wherefore, the Defendant, Viktor Kalaba asks this Court to consider these letters in support of a lesser sentence.

                                                      Respectfully submitted,

                                                      MICHAEL CARUSO
                                                      FEDERAL PUBLIC DEFENDER

By: *s/M. Caroline McCrae*
M. Caroline McCrae
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 72164
250 S Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Phone:  (561) 833-6288
Email:  caroline_mccrae@fd.org -

## CERTIFICATE OF SERVICE

I HEREBY certify that on December 12, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/M. Caroline McCrae*
M. Caroline McCrae