To whom it may concern.

My name is Victoria Kalaba. I am the proud daughter of Viktor Kalaba. I would love the opportunity to tell you a story about this man. Growing up, I was in awe of him. Everything about him. Especially his way with people. I, myself, have always been shy and reserved. My father used to love to try and bring me out of my shell. Get me to face my fears, in the most loving and fun way.

There's this one story though, that really has stayed with me. We went to an amusement park; my mom, dad and two sisters. Our dad LOVES roller coasters. We had the best day ever. It wasn't till the end of the day, when we were heading back to our car. There was a mother and her son walking ahead of us to their car and the mother fell. Without hesitation, my father ran to the woman and her son to help. The woman had fallen in such a way that she rolled her ankle pretty badly. My father insisted we all wait till paramedics came. And he fed her and her son with some stuff he packed for us in the cooler that morning. We played with her son, his name was Jeremy. I will never forget this because I was in such awe by my father. With the way he was able to connect with people. How they felt/feel safe with him. How safe I feel with him. Always. One of the most generous souls I have ever known to add to this.

Growing up, I always knew right from wrong because he instilled an ideology in my sisters and I. This idea that, our reputation was all we had and we have to do right by everyone in order to keep ourselves right. I agree with that and I understand it more and more as I get older. However, it is an old way of thinking and it seems, in a way, that my father didn't "practice what he preached" but this is the reason that has gotten him into this situation. That stems back to years ago. The start of all of this. His idea to protect his reputation. Even though I agree with it, there were modifications to be made to that older thought process. In the end, it's all a matter of survival. Instincts in collision. Just like that, his reputation is against him.

When he returned back to the US. I saw a reformed man. A man that said, "I can only do for myself and my children" and he was sticking by it. I felt it. I know the reason he is here now was a lapse of judgement on his part. This man wants to be a real member of this society. He wants it so bad. Just to be recognized as a citizen and a trying, honest one at that. This man was born to be an American. Free.

If my father is given the chance at freedom, yes, I'm sure he will have some sort of probation to follow. Viktor will do everything he can to be that man that is concerned with himself and his children. My sister has 2 boys boys. 3 & 1. My father always wanted a son. When we saw him with those boys. The love was undeniable. The way those boys loved him instantly was incredible to see. How was that bond alive? My father wasn't there when they were born but they call him "Bab" … mean father in Albanian. It is an honor to our father that they do this. The tears of joy that came down his face meeting his grandsons for the first time. It was something out of a movie.

Please give my father this opportunity to be the man, father and grandfather he was meant to be.

Victoria Kalaba