**Rev. James C. Bowman, P.E.**



Fort Pierce, FL 34951

E-mail-

Home-

Cel-

To Whom It May Concern,

I'm an Auxiliary Chaplain for the St. Lucie County Sheriff's Office. I spend most of my time at the St Lucie county Jail with inmates. I'm writing this letter on behalf of Viktor Christopher Karaba (inmate #271-738) who is seeking some consideration regarding his upcoming sentencing for Illegal Entry into the USA after being deported to Yugoslavia in 2010. At that time he was in the Federal System from 2006-2010.

He returned to the USA thru Canada where he lived for 10 years. His family smuggled him into Canada to save him from being killed in a family blood feud. He came back to the USA to visit his 98 year old mother who lives here with his 3 daughters and 2 grandchildren. His family came to the US on November 11, 1965 as Political Refugees from Communist Yugoslavia. He was born on January 22, 1965 in Yugoslavia. He claims his life would be in jeopardy if he returns to Yugoslavia. He would also like to see his 98 year old mother before she dies.

I strongly believe in justice in our criminal system and I also hope for some mercy in that system as well. Viktor has been coming to our weekly Catholic Masses since being recently incarcerated in our County Jail. I speak to him every week on those occasions. We are a benevolent country that is evident from the large numbers of people coming across our southern borders who are allowed to stay here. I'm only requesting a little mercy for Viktor if it is at all possible.

Thanking you for any consideration in his regard, I am,


Yours in Christ,


Rev. James C. Bowman

Chaplain SLCSO